LAW OFFICES
# BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.

100 GARDEN CITY PLAZA, GARDEN CITY, NY 11530

TELEPHONE: (516) 222-6200

FACSIMILE: (516) 222-6209

E-MAIL: thefirm@bhpp.com

WEBSITE: www.bhpp.com

GILBERT HENOCH
STEVEN J. PEDDY
GARY H. FRIEDENBERG
MIRIAM R. MILGROM
STEPHEN J. BROOKMEYER
JOSEPH E. MACY
GREGORY P. PETERSON
SAUL R. FENCHEL**
KENNETH S. BERKMAN (1958*-2007)
PETER P. PETERSON (1936*-2001)

LESLIE R. BENNETT
BRUCE J. BERGMAN
STEVEN BROCK
ROBERT A. CARRUBA
JAMES ESPOSITO
VINSON J. FRIEDMAN
RUDOLF J. KARVAY
STANLEY MISHKIN
TODD C. STECKLER
JEFFREY M. STEIN
PETER SULLIVAN

MICHAEL J. BONNEVILLE
SARA Z. BORISKIN
GERRY CARECCIA LEONTI
JONATHAN M. COHEN
JAMMY D. DRAKOS
GENA GOLDBERGER
ADAM S. KALB

PESIA N. KINRAICH
BRUCE D. MAEL
ELIZABETH S. MOORE***
ANDREW M. ROTH
CHRISTOPHER F. ULTO
ALAN J. WAINTRAUB

*ADMITTED
**ADMITTED IN NEW YORK, CALIFORNIA, FLORIDA, NEW JERSEY, PENNSYLVANIA, AND DISTRICT OF COLUMBIA
***ADMITTED IN NEW YORK, GEORGIA AND SOUTH CAROLINA

WRITER'S DIRECT DIAL:

COUNSEL
ROBERT T. BLOOM
DAVID R. KAY
JOSEPH N. MONDELLO
JAMES M. PEDOWITZ
WILLIAM D. SIEGEL
MARK WEPRIN

February 7, 2011

BY ECF

Hon. E. Thomas Boyle
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722-9014

      Re:   T-Mobile Northeast LLC v. Town of Hempstead, et ano
             11-CV-0322 (JS)(ETB)

Dear Judge Wall:

      We are attorneys for the Town of Hempstead and the Town of Hempstead Board of Appeals, defendants in the referenced action. We are writing to request an extension of time to answer or otherwise respond to the complaint in this matter. The complaint was served on January 21, 2011, but was only received by our office from our clients on Friday, February 4, 2011. The answer is currently required to be served on or before February 11, 2011.

      We respectfully request a thirty day extension of our time to answer or move to March 12, 2011. We have spoken with counsel for plaintiff and they have consented to the requested extension. No prior request for any extension has been made to the Court.

      Thank you for your consideration of this request and please let us know if there is any additional information you require.

Respectfully yours,

Todd C. Steckler

cc:    All Counsel by ECF