LAW OFFICES
# BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.
100 GARDEN CITY PLAZA, GARDEN CITY, NY 11530

TELEPHONE: (516) 222-6200
FACSIMILE: (516) 222-6209
E-MAIL: thefirm@bhpp.com
WEBSITE: www.bhpp.com

GILBERT HENOCH
STEVEN J. PEDDY
GARY H. FRIEDENBERG
MIRIAM R. MILGROM
STEPHEN J. BROOKMEYER
JOSEPH E. MACY■
GREGORY P. PETERSON
SAUL R. FENCHEL**
KENNETH S. BERKMAN (1958*-2007)
PETER P. PETERSON (1936*-2001)

BRUCE J. BERGMAN●
STEVEN BROCK
ROBERT A. CARRUBA
VINSON J. FRIEDMAN
RUDOLF J. KARVAY
STANLEY MISHKIN
TODD C. STECKLER
PETER SULLIVAN

MICHAEL J. BONNEVILLE
SARA Z. BORISKIN★
GERRY CARECCIA LEONTI
JONATHAN M. COHEN
HEATHER L. GAUWEILER
WESLEY C. GLASS
GENA GOLDBERGER★
CHARLES A. HIGGS

ADAM S. KALB♦
PESIA M. KINRAICH
BRUCE D. MAEL
DONNA A. NAPOLITANO
ERIN J. O'BRIEN
CHRISTOPHER F. ULTO♦
ERICK R. VALLELY

*ADMITTED
**ADMITTED IN NEW YORK, CALIFORNIA, FLORIDA, NEW JERSEY, PENNSYLVANIA, AND DISTRICT OF COLUMBIA
■ADMITTED IN FLORIDA
●ADMITTED IN DISTRICT OF COLUMBIA
★ADMITTED IN NEW JERSEY
♦ADMITTED IN CONNECTICUT

COUNSEL
ROBERT T. BLOOM
DAVID R. KAY
JOSEPH N. MONDELLO
JAMES M. PEDOWITZ
WILLIAM D. SIEGEL
MARK WEPRIN

WRITER'S DIRECT DIAL:

July 19, 2011

BY ECF

Hon. E. Thomas Boyle
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722-9014

Re: T-Mobile Northeast LLC v. Town of Hemstead, et ano
11-CV-0322 (JS)(ETB)

Dear Judge Boyle:

We are attorneys for the Town of Hempstead and the Town of Hempstead Board of Appeals, defendants in the referenced action. We are writing to request an extension of time to answer or otherwise respond to the second amended complaint in this matter. The second amended complaint was served on or about July 6, 2011 and our clients' answer is currently required to be served on or before July 21, 2011.

Because of summer vacation schedules, we have are unable to prepare our response to the second amended complaint in the time provided. Accordingly, we respectfully request a two week extension to August 4, 2011 of our clients' time to answer the second amended complaint. We have spoken with counsel for plaintiff and they have consented to the requested extension. No prior request for an extension of time to respond to the second amended complaint has been made to the Court.

Thank you for your consideration of this request and please let us know if there is any additional information you require.

Respectfully yours,

Todd C. Steckler

cc: Davis Wright Tremaine, LLP
Attorneys for Plaintiff